(Decided February 3, 1948)

*Siegel, Mandell & Davidson* for the plaintiff.

*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

NATIONAL SILVER CO. *v.* UNITED STATES

**No. 7529.**—Invoice dated Sheffield, England, April 17, 1946.
Certified April 29, 1946.
Entered at New York, N. Y., June 25, 1946.
Entry No. 771245.

(Decided February 3, 1948)

*Siegel, Mandell & Davidson* for the plaintiff.

*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

G. TAWARA *v.* UNITED STATES

**No. 7530.**—Invoices dated Yokohama, Japan, January 23, 1941, etc.
Certified January 23, 1941, etc.
Entered at San Francisco, Calif., February 10, 1941, etc.
Entry Nos. 5823; 5986; 6369.

(Decided February 6, 1948)

*Harper & Harper (George R. Tuttle* of counsel) for the plaintiff.

*Paul P. Rao,* Assistant Attorney General, for the defendant.